UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT

| | |
|---|---|
| MARGARET VALERIO and ) <br> JOHN VALERIO, ) <br>           Plaintiffs ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> U.S. BANK, N.A., as Trustee for MASTR ) <br> Asset Backed Securities Trust, 2006-FRE2,) <br> and ) <br> WELLS FARGO BANK, N.A., ) <br> d/b/a America's Servicing Company, ) <br>           Defendants ) | Civil Action 10-10529-NMG |

**AFFIDAVIT OF KENNETH D. QUAT, ESQUIRE, IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Kenneth D. Quat hereby depose and state on oath:

1. My name is Kenneth D. Quat. I am an attorney licensed to practice law in Massachusetts since 1980, and the attorney of record for plaintiffs in this action.

2. I make this affidavit on personal knowledge.

3. Attached to this affidavit are the following exhibits, containing true and complete copies of the following documents obtained from public records maintained by the Bristol County Register of Deeds:

    Exhibit A: Deed dated April 18, 1989 from Anthony Valerio and Alice C. Valerio

    to William J. Valerio and Margaret Valerio;

Exhibit B: Quitclaim Deed from Margaret Valerio to Margaret Valerio and John Valerio;

Exhibit C:  First page of mortgage dated December 12, 2005 from Margaret Valerio and John Valerio to Mortgage Electronic Registration Systems, Inc.;

Exhibit D:  Land Court Order of Notice to Margaret Valerio and John Valerio;

Exhibit E:  Assignment of Mortgage dated March 3, 2009 from Mortgage Electronic Registration Systems, Inc. to U.S. Bank, N.A.;

Exhibit F:  Massachusetts Foreclosure Deed by Corporation dated August 10, 2010, with affidavit and exhibit (5 pages).

Signed under the pains and penalties of perjury.

/s/Kenneth D. Quat

**Certificate of Service**

On May 18, 2010, copies of the foregoing were served via electronic mail through the Court's ECF system on all registered participants, and via first class mail, postage prepaid, on all parties and interested persons listed as non-registered participants.

/s/Kenneth D. Quat